HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
NICHOLAS REEM
Legal Extern
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ACACIA LAUREN RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ACACIA LAUREN RUIZ, <br> Defendant. | Case No. 2:16-CR-0177-TLN <br><br> UNOPPOSED MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITION <br><br> Judge: Hon. Troy L. Nunley <br> _____ |

At the request of her Probation Officer, and with the agreement of the Government, Defendant, ACACIA LAUREN RUIZ, hereby moves the Court to convert the community service special condition of her term of supervised release to a fine pursuant to 18 U.S.C. § 3583(e)(2) and Rule 32.1 of the Federal Rules of Criminal Procedure. In the District of Minnesota, on January 22, 2016, Ms. Ruiz was sentenced to time-served and an eight-year term of supervised release after pleading guilty to one count of Conspiracy to Distribute Marijuana. Her case was transferred to this District on September 26, 2016.

Special Condition (c) (Cr. S. 16-0177-TLN, Doc. 3, p. 6) requires Ms. Ruiz to complete 500 hours of community service. Ms. Ruiz's Probation Officer has requested that Ms. Ruiz file this motion to convert that condition to a fine of $7,500 in light of her changed circumstances since sentencing. In contrast to when Ms. Ruiz was sentenced, at this point her ability to pay a

financial penalty outstrips her ability to complete these hours while working and caring for her children.

Ms. Ruiz has successfully completed over thirty-nine months of her supervisory term and has complied with all other standard and special conditions. Ms. Ruiz is a single mother who supports and cares for her two minor children and adopted nephew. She provides for her family as a self-employed, full-time esthetician. Her earnings permit her to pay the proposed fine, which is calculated at a rate of $15 per hour of community service. Mr. Ruiz's Probation Officer has provided this method to convert her community service to a fine.

Title 18, section 3583(e)(2) of the United States Code authorizes the Court to modify a defendant's conditions of supervised release "pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation [Fed. R. Crim. P. 32.1(c)] . . ." Rule 32.1(c)(2) of the Federal Rules of Criminal Procedure permits modification of the conditions of supervised release without a hearing if (1) the relief sought is favorable to the defendant and does not extend the term of supervised release; and (2) an attorney for the Government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so.[1] In light of the non-opposition of the Government, no hearing is requested.

//

//

---

[1] Supervising Assistant United States Attorney Michael Beckwith has been given a copy of this request by the defense and the Probation Office and has indicated that he does not object.

For the reasons set forth above, Ms. Ruiz respectfully asks the Court to grant her motion to modify the special condition of her supervised release term requiring performance of 500 hours of community service to payment of a $7,500 fine.

Dated: June 3, 2019

HEATHER E. WILLIAMS
Federal Defender

/s/ *RACHELLE BARBOUR*
RACHELLE BARBOUR
Attorney for Defendant

/s/ *NICHOLAS REEM*
NICHOLAS REEM
Legal Extern

**O R D E R**

Pursuant to 18 U.S.C §3583(e)(2), the Court hereby MODIFIES the special condition of supervised release requiring ACACIA LAUREN RUIZ to perform 500 hours of community service to payment of a $7,500 fine for the reasons set forth above.

Dated: June 4, 2019

_____
Troy L. Nunley
United States District Judge

Unopposed Motion for Modification of Supervised Release Term     -4-     *U.S. v Ruiz*
2:16-CR-0177-TLN